

FILED IN COURT OF APPEALS
12th Court of Appeals-District

FEB 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**2/11/2015**
**MOORE, DAVINA WILSON    Tr. Ct. No. 007-1663-11**                    **PD-1045-14**
On this day, the Appellant's motion for rehearing has been denied.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *